

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00319-CV

Emily **YOUNG** and Albert Morrison,
Appellants

v.

Eldon **ROALSON**, Roalson Interests Inc., Douglas Miller, II, and Jim Guy Egbert,
Appellees

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 17-09-24412-CV
Honorable Daniel J. Kindred, Judge Presiding

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

Delivered and Filed: August 5, 2020

DISMISSED

Appellants have filed a motion to abate and alternatively to dismiss. The motion acknowledges this court lacks appellate jurisdiction because there is no appealable order. "When a court lacks jurisdiction, its only legitimate choice is to dismiss." *Johnson v. Johnson*, No. 04-19-00500-CV, 2020 WL 214762, at *4 (Tex. App.—San Antonio Jan. 15, 2020, no pet.) (mem. op.). We therefore dismiss this appeal.

PER CURIAM